```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO. 10-60015-CIV-GOLD
                            MAGISTRATE JUDGE P.A. WHITE
```

CURTIS E. HOFFMAN,              :

    Plaintiff                   :

v.                              :        SUPPLEMENTAL REPORT OF
                                                    MAGISTRATE JUDGE
STATE OF FLORIDA,               :               (DE#21)

    Respondent.                 :
_____

    On January 6, 2010, Curtis Hoffman filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983. A Report was entered On January 21, 2010, recommending that this complaint be dismissed pursuant to 28 U.S.C. 1915(g) based upon the plaintiff's filing of multiple prior frivolous complaints. The Report stated that the plaintiff was prevented by proceeding in forma pauperis, but that he could file a new complaint and pay the full filing fee of $350.00. The Report was adopted on March 30, 2010, and the case was dismissed without prejudice.

    On May 21, 2010, the plaintiff filed a "Motion for Federal Rules of Civil Procedure", (DE#21) seeking to void the Judgements in his case as fraudulent. This motion has been referred to the Undersigned Magistrate Judge. The plaintiff fails to provide a substantial basis upon which he should be exempt from the procedural

bar of filing multiple frivolous lawsuits, pursuant to 28 U.S.C. §1915(g).

It is recommended as follows:

1. The motion for Federal Rules of Civil Procedure (DE#21) be denied, as it is without merit.

2. This case remain closed.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 12th day of July, 2010.

UNITED STATES MAGISTRATE JUDGE

cc: Curtis Hoffman, Pro Se
    DC #677933
    South Bay Correctional Institution
    Address of record